UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRST MERIT BANK, NA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 13 C 3 |
| v. | ) | |
| | ) | Judge George M. Marovich |
| DANIEL N. FRASCA, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT WOLKOFF, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## <u>MEMORANDUM OPINION AND ORDER</u>

Plaintiff First Merit Bank N.A. ("First Merit") has filed a motion for summary judgment as to damages against defendant Daniel N. Frasca ("Frasca"), who is proceeding *pro se*.

Local Rule 56.2 states, in relevant part:

Any party moving for summary judgment against a party proceeding pro se shall serve and file as a separate document, together with the papers in support of the motion, a "Notice to Pro Se Litigant Opposing Motion for Summary Judgment" in the form indicated below.

Local Rule 56.2. Plaintiff has not complied with Local Rule 56.2. The Court grants plaintiff seven days to comply. Otherwise, the motion for summary judgment will be stricken.

The hearing set for February 24, 2014 is stricken. If plaintiff complies with Local Rule 56.2 within seven days, the Court will set a briefing schedule on the motion.

ENTER:

George M. Marovich
United States District Judge

DATED: February 12, 2014